908

No. 76–6420.  McClain v. United States; and

No. 76–6422.  Watson v. United States.  C. A. 6th Cir. Certiorari denied.

No. 76–6433.  Walton v. United States.  C. A. 8th Cir. Certiorari denied.

No. 76–6439.  Griffin v. South Carolina.  Sup. Ct. S. C. Certiorari denied.

No. 76–6455.  Hinkley v. United States; and

No. 76–6473.  Legere v. United States.  C. A. 6th Cir. Certiorari denied.

No. 76–6456.  Steele v. United States.  C. A. D. C. Cir. Certiorari denied.

No. 76–6463.  Grant v. United States.  C. A. 4th Cir. Certiorari denied.

No. 76–6532.  Milligan v. Stone, Warden.  C. A. 9th Cir.  Certiorari denied.

No. 76–6569.  Allotey v. United States.  C. A. 2d Cir. Certiorari denied.

No. 76–6608.  Saverese v. United States; and

No. 76–6618.  Robinson v. United States.  C. A. 2d Cir. Certiorari denied.

No. 76–6659.  Mullen v. Jennings.  C. A. 3d Cir.  Certiorari denied.

No. 76–6667.  Zatko v. California et al.  Sup. Ct. Cal. Certiorari denied.

No. 76–6668.  Warren v. Black, Reformatory Superintendent.  C. A. 6th Cir.  Certiorari denied.